**DISMISSED; Opinion Filed April 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00101-CV

## IN THE INTEREST OF K.A. AND K.A., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85583**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Reichek
Opinion by Justice Partida-Kipness

The clerk's record in this case is past due. By order dated February 27, 2020, we granted the Hunt County District Clerk's request for an extension of time to file the clerk's record and ordered appellant to provide the Court with written verification he had paid for or made arrangements to pay for the clerk's record or was entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to comply with the Court's request would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor has the clerk's record been filed.

Accordingly, we dismiss this appeal.  See TEX. R. APP. P. 37.3(b); 42.3(b),

(c).


       /Robbie Partida-Kipness/
       ROBBIE PARTIDA-KIPNESS
       JUSTICE


200101F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.A. AND
K.A., CHILDREN

No. 05-20-00101-CV

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 85583.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered this 13th day of April, 2020.